```
Mark R. Campbell, Esq., SBN 162836
Mark Campbell Law
300 S. Harbor Blvd., Suite 700
Anaheim, CA  92805
Tel:  (714) 224-0270
Fax:  (714) 224-0275

General Insolvency Counsel for the
     Debtor and Debtor-in-possession
```

**FILED & ENTERED**

**OCT 15 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gae         DEPUTY CLERK**

## U.S. BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BRUCE T. MULHEARN,<br><br>    Debtor. | Case No.: 2:11-BK-59911 RN<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM NO.35 FILED BY EAST WEST BANK**<br><br>DATE:   October 16, 2013<br>TIME:   9:00 a.m.<br>PLACE:  Coutroom 1645<br>         255 E. Temple St.<br>         Los Angeles, CA<br><br><u>Continued Hearing Date:</u><br>DATE:  ~~November 13~~ **December 11**, 2013<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 1645<br>         255 E. Temple St.<br>         Los Angeles, CA |

    Having considered the Stipulation ("Stipulation") of the parties filed on October 8, 2013 as Docket No. 614 to continue the hearing on Debtor's Objections to Claim No. 35 filed by East West Bank and with good cause appearing therefore, it is hereby,

ORDERED that the Stipulation is approved in its entirety; and

IT IS FURTHER ORDERED that the hearing for Claim No. 35 on Debtor's Motion for Order to Reclassify and Estimate at Zero Dollars Claims Improperly Filed by East West Bank as Secured Claims ("Motion") filed on October 30, 2012 as Docket No. 288 is continued to ~~November 13~~ **December 11**, 2013 at 9:00 a.m. in Courtroom 1645 of the above-captioned court; and

IT IS FURTHER ORDERED that the expired deadline to file an opposition as to Claim No. 35 is not extended and, thus, any opposition filed by East West Bank as to Claim No. 35 will not be considered at the continued hearing.

###

Date: October 15, 2013

Richard M. Neiter
United States Bankruptcy Judge

ORDER - 2

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 35 FILED BY EAST WEST BANK** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   **October 8, 2013**  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Marc Andrews    sandra.g.mcmasters@wellsfargo.com**
- **Michael C Bergkvist    rotorbear@earthlink.net, mbergkvist@aol.com**
- **Michael C Bergkvist    rotorbear@earthlink.net, mbergkvist@aol.com**
- **Warren L Brown    wbbk@msn.com**
- **Mark R Campbell    mcampbell@markcampbelllaw.com**
- **J Sheldon Capeloto    jcapeloto@capelotolaw.com**
- **Paul W Cervenka    pwc@bvwlaw.com**
- **Richard J Cowles    richard@lawbbc.com**
- **Jennifer Witherell Crastz    jcrastz@hemar-rousso.com**
- **Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Mark Domeyer    mdomeyer@mileslegal.com**
- **Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com**
- **Barry S Glaser    bglaser@swesq.com**
- **Michael J Gomez    mgomez@frandzel.com, jdrudge@lrplaw.net**
- **Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com**
- **Gerald S Kim    cdcaecf@bdfgroup.com**
- **Rhonda E Klick    rklick@wkalaw.com, dcoats@wkalaw.com**
- **William Malcolm    bill@mclaw.org**
- **Randall P Mroczynski    randym@cookseylaw.com**
- **James H Park    , jpark0001@gmail.com**
- **James H Park    counsel@jamespark.com, jpark0001@gmail.com**
- **Kelly M Raftery    bknotice@mccarthyholthus.com**
- **Martha E Romero    Romero@mromerolawfirm.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Carol G Unruh    cgunruh@sbcglobal.net**
- **Darlene C Vigil    cdcaecf@bdfgroup.com**
- **Reed S Waddell    rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com**
- **Gilbert B Weisman    notices@becket-lee.com**
- **Hatty K Yip    hatty.yip@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an ⱭEnteredⱭ stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).